Aaron A. Nilsen #7950
Utah Bankruptcy Clinic, LC
1140 36th Street, Suite 145
Ogden, UT  84403
Telephone: (801) 678-6069
Facsimile: (801) 683-0688
aaron@utahbk.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH**

| In re: JOHNSTON, ZACHARY JARED & BARBIE ESQUIEVEL PHELES<br><br>Debtor(s) | Bankruptcy No.: 15-22538<br>Chapter 13<br><br>Judge:  R. KIMBALL MOSIER |
|---|---|

**DEBTOR'S DECLARATION OF CLAIMS REVIEW**

Aaron A. Nilsen, Attorney for debtor, hereby states:

1.  The Debtor's Amended Chapter 13 plan, as modified by the Order Confirming Chapter 13 Plan, was confirmed pursuant to 11 U.S.C. § 1325 (hereinafter the "Plan").

2.  The expiration of the governmental unit claims bar date set pursuant to Fed. R. Bankr. P. 3002(c)(1) was September 21, 2015.

3.  As of the date of this declaration, the Debtor has reviewed all claims filed with the bankruptcy court, claims 1 through 14, and has no objections to the claims filed.

4. Debtor understands that any secured claims filed by creditors or on the creditors' behalf will not be paid by the Trustee unless the Plan or Confirmation Order provides for such payment or unless a motion to modify the confirmed Plan to provide for such payment is granted.

5. Debtor further understands that notwithstanding any provision in the Plan, creditors will not receive payment by the Trustee unless a timely proof of claim is filed and deemed allowed or unless the claim of such creditor is otherwise allowed by court order.

DATED this 17th day of November, 2015.

/s/ Aaron A. Nilsen
Aaron A. Nilsen
Attorney for Debtor(s)

**CERTIFICATE OF DELIVERY**

I hereby certify that on this 17th day of November, 2015, I delivered a true and correct copy of the Declaration to the following:

☒ **Via Mail (Postage Pre-Paid)**

**Zachary & Barbie Johnston**
**2491 N. Highway 89 #540**
**Pleasant View, UT 84404-7832**

☒ **Via electronic transmission**

LON A. JENKINS, TRUSTEE – ECF Summary Recipient

US Trustee's Office – ECF Summary Recipient

/s/_____
Janet Kucala

[end of declaration]